00 cr 172

USA v Williams

ROXANNE ABFALTER

March 27, 2005

Dear Honorable Chief Judge Rosenbaum,

I am contacting you in attempt to request an early release from my sentence. I served 19 months in prison, in Pekin, IL. I was released with a history of ideal behavior while incarcerated. I rehabilitated myself while achieving my goal of obtaining a certificate in Horticulture, and I plan on returning to school to further my education. I then served the remainder of my sentence in the half way house in Roseville, MN (2 months). I have completed over half of my supervision and have been fully compliant with all stipulations Lesley Parsons has given me. I meet with her regularly, I maintain full time employment and I have re-built my relationship with my children and family, vowing to never return to the lifestyle that once tore us apart.

I have let go of any and every negative influence in my life. My experience with the justice system has instilled a sense of fear of losing the most valuable thing in my life, my children and our relationship.

After many months of saving money I now have enough for our first family vacation. Which brings me to this purpose of correspondence.

After consulting with Mrs. Parsons she suggested I write a letter to you and I would have her full support in an early release, due to my consistency in meeting her expectations.

In accordance with rules and regulations of my supervised release I am required to provide a full detailed list of our vacation plans to my probation officer Mrs. Parsons. By this summer I will have earned enough vacation hours at work to take this trip. We would like to make this a memorable road trip with out any boundaries. I plan on stopping wherever I find family entertainment and I am not able to map out exactly what our route will be.

Mainly I am asking for your permission for an early release to this part of my sentence, so I can put this part of my life behind me and move forward to a healthy, law abiding and positive future for me and my family.

SCANNED
APR 25 2005
U.S. DISTRICT COURT

At this point I feel fully confident that I have been rehabilitated and am no longer a threat to society, my family or myself.

Please take my request into serious consideration. Thank you in advance so much for your time.

Respectfully,

Roxanne Abfalter