UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-172 (02)(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Roxanne Abfalter | ) | |

Defendant requests an early discharge from her term of supervision [Docket No. 193]. Upon a review of all the circumstances of this case, defendant's request is denied.

IT IS SO ORDERED.

Dated: April 27, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge