UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-172(02)(JMR/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | MOTION TO DISMISS PENDING COUNTS |
| v. | ) | |
| ROXANNE MARIE ABFALTER, Defendant. | ) | |

The defendant was convicted of counts 1 and 13 of the amended indictment after a jury trial. She was acquitted on counts 4 and 5. The jury failed to reach a verdict on the remaining counts (3, 6-12). The appeal in this matter has now been concluded, the Eighth Circuit Court of Appeals upholding the two counts of conviction. The defendant's petition for certiorari has been denied. Accordingly, the government moves to dismiss the pending counts of the amended indictment, i.e. counts 3, 6-12.

Dated: February 27, 2006

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298