RECEIVED
MAR 1 2006
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-172(02)(JMR/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ROXANNE MARIE ABFALTER, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the government's motion to dismiss the remaining unresolved counts in this matter, the Court dismisses counts 3 and 6-12 of the amended indictment.

Dated: February 27, 2006

Honorable James M. Rosenbaum
Chief United States District
Court Judge

SCANNED
MAR 2 2006
U.S. DISTRICT COURT MPLS